[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
August 29, 2006
THOMAS K. KAHN
CLERK

No. 05-17161
Non-Argument Calendar
_____

D. C. Docket No. 00-14092-CV-KMM

ERIC V. MACKLIN,

Plaintiff-Appellee,

versus

ERICK MUECK,
a.k.a. Howard Ely,
INTERNATIONAL LIBRARY OF POETRY,
NATIONAL LIBRARY OF POETRY,
ALEX HANLEY,
POETRY.COM,

Defendants-Appellants.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(August 29, 2006)

Before ANDERSON, BIRCH and WILSON, Circuit Judges.

PER CURIAM:

The defendants, Erick Mueck, International Library of Poetry, National Library of Poetry, Alex Hanley, and "Poetry.com" (collectively, "the defendants"), appeal a default judgment for $300,000 in statutory damages rendered against them for infringing Eric Macklin's copyright of two poems. The defendants claim that the district court erred or abused its discretion (1) by finding that it had subject matter jurisdiction, (2) by finding that the defendants willfully infringed two of Macklin's works, (3) by denying their post-verdict request for a jury trial or an evidentiary hearing to determine damages; and (4) by finding that they were properly served with filings and motions. After thoroughly considering the briefs and the record, we find no reversible error.

**AFFIRMED.**